**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 246 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD | : : : : | DISCIPLINARY RULES DOCKET |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2024, the Honorable Kay Kyungsun Yu is hereby designated as Chair, and Samuel W. Milkes, Esquire, is hereby designated as Vice-Chair, of the Pennsylvania Interest on Lawyers Trust Account Board, commencing September 1, 2024.